| | |
|---|---|
| 1  STEPHANIE M. HINDS (CABN 154284)<br>   United States Attorney<br>2<br>3  THOMAS A. COLTHURST (CABN 99493)<br>   Chief, Criminal Division<br>4<br>5  LINA PENG (NYBN 5150032)<br>   Assistant United States Attorney<br>6      450 Golden Gate Avenue, Box 36055<br>       San Francisco, California 94102-3495<br>7      Telephone: (415) 436-7224<br>       FAX: (415) 436-7027<br>8      Lina.Peng@usdoj.gov | **FILED**<br><br>Jan 20 2022<br><br>Mark B. Busby<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO |

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KENNETH ARMSTRONG III,<br><br>    Defendant. | CASE NO. 3-22-mj-70069 MAG<br><br>NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on January 20, 2022, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an

☐     Indictment

☐     Information

X     Criminal Complaint

☐     Other (describe) _____

pending in the District of Columbia, Case Number 1:22-mj-00015.

In that case (copy of Criminal Complaint attached), the defendant is charged with violations of

    Count 1: 18 U.S.C. § 1752(a)(1) – Entering and Remaining in a Restricted Building or Grounds;

    Count 2: 18 U.S.C. § 1752(a)(2) – Disorderly and Disruptive Conduct in a Restricted Building or Grounds;

    Count 3: 40 U.S.C. § 5104(e)(2)(D) – Disorderly Conduct in a Capitol Building;

    Count 4: 40 U.S.C. § 5104(e)(2)(G) – Parading, Demonstrating, or Picketing in a Capitol Building

The maximum penalties are as follows:

    Count 1: 1 year imprisonment, $100,000 fine, 1 year supervised release, $25 special assessment

    Count 2: 1 year imprisonment, $100,000 fine, 1 year supervised release, $25 special assessment

    Count 3: 6 months imprisonment, $5,000 fine, 1 year supervised release, $10 special assessment

    Count 4: 6 months imprisonment, $5,000 fine, 1 year supervised release, $10 special assessment

Respectfully Submitted,

STEPHANIE M. HINDS
UNITED STATES ATTORNEY

Date: January 20, 2022

/s/
LINA PENG
Assistant United States Attorney